UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

CHARLES L. DECESARE,

                          Plaintiff,

            -against-

THE AETNA LIFE INSURANCE COMPANY, AND
THE DRESS BARN LONG TERM DISABILITY
PLAN,

                     Defendants.

------------------------------------------------------------------------X

Civil Action No.:
12 Civ. 7162 (KMK)


**RULE 7.1 DISCLOSURE
STATEMENT FOR AETNA
LIFE INSURANCE COMPANY**


DOCUMENT
ELECTRONICALLY FILED

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, THE AETNA LIFE INSURANCE COMPANY ("AETNA"), certifies that the following is corporate parent, subsidiary, or affiliate of that party which is publicly held:

    1.     Aetna Inc.

Dated: New York, New York
        January 2, 2013

                                 Respectfully submitted,

                                   s/
                                 MICHAEL H. BERNSTEIN (MB-0579)
                                 SEDGWICK LLP
                                 225 Liberty Street, 28th Floor
                                 New York, New York 10281-1008
                                 T: (212) 422-0202
                                 F: (212) 422-0925
                                 *Attorneys for Defendant*
                                 The Aetna Life Insurance Company and The Dress
                                 Barn Long Term Disability Plan

TO:
BARBARA A. MATARAZZO, ESQ.
LAW OFFICE OF BARBARA A. MATARAZZO
1025 Westchester Avenue, Suite 402
White Plains, New York 10604
T: (914) 346-8088
F: (914) 681-0013
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, MICHAEL H. BERNSTEIN, hereby certify and affirm that a true and correct copy of the

attached RULE 7.1 DISCLOSURE STATEMENT FOR AETNA LIFE INSURANCE COMPANY

was served *via ECF and Regular Mail* on January 2, 2013, upon the following:

BARBARA A. MATARAZZO, ESQ.
LAW OFFICE OF BARBARA A. MATARAZZO
1025 Westchester Avenue, Suite 402
White Plains, New York 10604
T: (914) 346-8088
F: (914) 681-0013
*Attorneys for Plaintiff*

s/
Michael H. Bernstein (MB-0579)

Dated: New York, New York
       January 2, 2013

3