UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES L. DECESARE,

                              *Plaintiffs,*

--against--

THE AETNA LIFE INSURANCE COMPANY, AND
THE DRESS BARN LONG TERM DISABILITY
PLAN,

                              *Defendants.*

Civil Action No. 12 Civ. 7162
(KMK)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF WESTCHESTER  )

        I, Paula Chablal, being duly sworn deposes and says: I am not a party to this action, is over 18

years of age and reside in Westchester, New York.   On March ⟨21⟩  2013, I served the annexed

**PLAINTIFF'S RULE 34 REQUEST FOR PRODUCTION OF DOCUMENTS** upon the

attorneys hereinafter named at the place hereinafter stated by depositing the same, properly enclosed in

post-paid, properly addressed wrapper, into the exclusive care and custody of a depositary maintained and

controlled by the United States Post Office for delivery by first class mail to said attorneys at its last

known address given below:

TO:   Michael H. Bernstein, Esq.
      Sedgwick LLP (NY)
      225 Liberty Street, 28th Floor
      New York, NY 10281
      (212) 422-0202
      Fax: (212) 422-0925
      michael.bernstein@sdma.com
      *Attorneys for defendant*

Matthew Paul Mazzola, Esq.
Sedgwick LLP (NY)
225 Liberty Street, 28th Floor
New York, NY 10281
(212) 422-0202
Fax: (212) 422-0925
matthew.mazzola@sdma.com
*Attorneys for defendant*

_____
                Paula Chablal

Sworn to before me this
⟨21⟩  day of March 2013

_____
            Notary Public

BARBARA A. MATARAZZO
Notary Public, State of New York
      No. 02MA5058771
Qualified in New York County
Commission Expires April 15, ⟨2014⟩

5