UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES L. DECESARE,<br><br>                          *Plaintiffs,*<br>--against--<br><br>THE AETNA LIFE INSURANCE COMPANY, AND THE DRESS BARN LONG TERM DISABILITY PLAN,<br>                          *Defendants.* | Civil Action No. 12 Civ. 7162 (KMK)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK      )
                                   ) ss.:
COUNTY OF WESTCHESTER )

       I, Paula Chablal, being duly sworn deposes and says: I am not a party to this action, is over 18 years of age and reside in Westchester, New York. On March 21 2013, I served the annexed **PLAINTIFF'S RULE 33 FIRST SET OF INTERROGATORIES** upon the attorneys hereinafter named at the place hereinafter stated by depositing the same, properly enclosed in post-paid, properly addressed wrapper, into the exclusive care and custody of a depositary maintained and controlled by the United States Post Office for delivery by first class mail to said attorneys at its last known address given below:

TO:  Michael H. Bernstein, Esq.                Matthew Paul Mazzola, Esq.
      Sedgwick LLP (NY)                        Sedgwick LLP (NY)
      225 Liberty Street, 28th Floor            225 Liberty Street, 28th Floor
      New York, NY 10281                    New York, NY 10281
      (212) 422-0202                               (212) 422-0202
      Fax: (212) 422-0925                    Fax: (212) 422-0925
      michael.bernstein@sdma.com        matthew.mazzola@sdma.com
      *Attorneys for defendant*                 *Attorneys for defendant*

                                                                            _____
                                                                               Paula Chablal

Sworn to before me this
21 day of March 2013

_____
Notary Public

BARBARA A. MATARAZZO
Notary Public, State of New York
No. 02MA5058771
Qualified in New York County
Commission Expires April 15, 2014

9