UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES L. DECESARE,

                *Plaintiffs,*

--against--

THE AETNA LIFE INSURANCE COMPANY, AND THE DRESS BARN LONG TERM DISABILITY PLAN,

                *Defendants.*

Civil Action No. 12 Civ. 7162 (KMK)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF WESTCHESTER  )

    I, Paula Chablal, being duly sworn deposes and says: I am not a party to this action, is over 18 years of age and reside in Westchester, New York.  On March 21 2013, I served the annexed **PLAINTIFF'S RULE 26 INITIAL DISCLOSURE (scanned to disk, provided herewith)** upon the attorneys hereinafter named at the place hereinafter stated by depositing the same, properly enclosed in post-paid, properly addressed wrapper, into the exclusive care and custody of a depositary maintained and controlled by the United States Post Office for delivery by first class mail to said attorneys at its last known address given below:

TO:  Michael H. Bernstein, Esq.
        Sedgwick LLP (NY)
        225 Liberty Street, 28th Floor
        New York, NY 10281
        (212) 422-0202
        Fax: (212) 422-0925
        michael.bernstein@sdma.com
        *Attorneys for defendant*

        Matthew Paul Mazzola, Esq.
        Sedgwick LLP (NY)
        225 Liberty Street, 28th Floor
        New York, NY 10281
        (212) 422-0202
        Fax: (212) 422-0925
        matthew.mazzola@sdma.com
        *Attorneys for defendant*

        _____
        Paula Chablal

Sworn to before me this
21 day of March 2013

_____
Notary Public

BARBARA A. MATARAZZO
Notary Public, State of New York
No. 02MA5058771
Qualified in New York County
Commission Expires April 15, 2014

10