UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

**Charles L. Decesare,**                 12-cv-07162 (KMK)(LMS)

         Plaintiff(s),

    -against-                       CALENDAR NOTICE

**The Aetna Life Insurance Company,**

         Defendant(s).
------------------------------------------------------X

Please take notice that the above captioned matter has been scheduled for:

\_\_\_ Pre-trial Conference      \_\_\_ Status Conference      \_\_\_ Oral argument
\_\_\_ Settlement conference      \_\_\_ Plea Hearing      \_\_\_ Suppression hearing
_x_ Rule (16) conference      \_\_\_ Final pre-trial conference      \_\_\_ Order to Show Cause
\_\_\_ Telephone Conference      \_\_\_ Jury Selection and Trial
\_\_\_ Non-Jury Trial      \_\_\_ Inquest

before the Honorable Kenneth M. Karas, United States District Judge, on Wednesday, April 24, 2013 at 10:30 a.m. in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Any scheduling difficulties must be brought to the attention of the Court in writing, at least three business days beforehand.

Dated: April 11, 2013
       White Plains, New York

So Ordered

_/s/ Kenneth M. Karas_
Kenneth M. Karas, U.S.D.J