ATTORNEYS AT LAW

225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NEW YORK 10281-1008

*www.sedgwicklaw.com*   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

Michael H. Bernstein
*(212) 898-4011*
*michael.bernstein@sedgwicklaw.com*

April 16, 2013

Hon. Kenneth M. Karas
United States District Judge
Federal Building and United States Courthouse
300 Quarropas St.
White Plans, NY 10601

Re: *Charles L. Decesare v. The Aetna Life Insurance Company*
    Index No.:12-cv-7162 (KMK) (LMS)
    File No.: 00322-008157

Dear Judge Karas:

This office represents defendant Aetna Life Insurance Company ("Aetna") in the above-referenced matter. We are writing to request that the Court reschedule the Rule 16 Conference currently scheduled for April 24, 2013.

By Calendar Notice dated April 11, 2013, the Court scheduled a Rule 16 Conference in this matter for April 24, 2013. Unfortunately, I will be out of town that day due to previously scheduled business, which cannot be rescheduled. Therefore, I respectfully request that the Court reschedule this conference to a new date. The following dates are acceptable for me: April 22, 23, 29, 30, 2013 or May 6, 2013. The plaintiff however, only consents to rescheduling the conference to April 22 and 23, 2013, and objects to any date beyond April 24, 2013. Rescheduling the Rule 16 Conference will not affect any previously scheduled dates set by the Court. No prior requests to reschedule the Rule 16 Conference have been made by Aetna.

Thank you for your consideration of this matter

Respectfully submitted,

Michael H. Bernstein
Sedgwick LLP

cc: Barbara A. Matarazzo, Esq.

> The Court will re-schedule the Rule 16 Conference to April 30, 2013 at 2:30 pm.
>
> So Ordered.
>
> 4/22/13