UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES DECESARE,

                Plaintiff,

-v-

AETNA LIFE INSURANCE CO., et al.,

                Defendants.

12-CV-7162 (KMK)

MOTION SCHEDULING ORDER

KENNETH M. KARAS, District Judge:

    At the Pre-Motion Conference held before the Court on June 25, 2013, the Court adopted the following scheduling order:

    Plaintiff will serve his motion by no later than July 12, 2013. Defendant will respond by August 16, 2013. Plaintiff will reply by September 6, 2013. Sur-reply papers will not be accepted unless prior permission of the Court is given. Counsel are reminded that there is a strict page limit, which will only be extended upon specific application to the Court.

    Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed until the date the motion is due.

    On consent, Plaintiff shall electronically file his motion and reply papers with the Clerk only when the entire motion is fully briefed. Defendant shall electronically file opposition papers only when advised by Plaintiff that its papers are being filed. Courtesy copies are to be served upon all counsel by the assigned date. One courtesy copy of all papers also shall be sent to this Court at the time they are served upon opposing counsel.

    If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:    White Plains, New York
             June 26, 2012

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE