UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES L. DECESARE,<br><br>                            Plaintiff,<br><br>- against -<br><br>THE AETNA LIFE INSURANCE CO. and<br>THE DRESS BARN LONG TERM DISABILITY PLAN,<br><br>                            Defendants. | 12 Civ. 7162 (KMK)<br><br>**NOTICE OF MOTION TO COMPEL DISCOVERY** |

**S I R S :**

      **PLEASE TAKE NOTICE,** that upon the annexed Declaration of Barbara A. Matarazzo sworn to on July 10, 2013, and the exhibits annexed thereto, and upon the Memorandum of Law in Support, and upon all the prior pleadings and proceedings heretofore had herein, plaintiff will move this Court, before the Hon. Kenneth M. Karas, at the United States Courthouse, 300 Quarropas Avenue, White Plains, New York on the 6th day of September 2013, at 9:30 o'clock in the forenoon of that day or as soon thereafter as counsel may be heard for an order to compel defendant's production of documents requested in plaintiff's Rule 34 Request for Production of Documents and plaintiff's Rule 33 Set of Interrogatories, and for such other, further and different relief as to this Court may seem just and proper, together with the costs and disbursements of this motion and this action.

Dated: White Plains, New York
       September 6, 2013

Yours, etc.,

LAW OFFICE OF BARBARA A. MATARAZZO
Attorneys for Plaintiff
1025 Westchester Avenue - Ste. 402
White Plains, NY 10604
(914) 346-8088

By: _____
Barbara A. Matarazzo (BM 8380)