ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NEW YORK 10281-1008
www.sedgwicklaw.com   212.422.0202 phone   212.422.0925 fax

# Sedgwick LLP

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13
```

(212) 898-4011
michael.bernstein@sedgwicklaw.com

September 9, 2013

*Via Regular Mail*
Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re: *Charles L. DeCesare v. The Aetna Life Insurance Company, et al.*
Index No.:12-cv-7162 (KMK)
Sedgwick File No.: 00322-008157

Dear Judge Karas:

This office represents Defendants Aetna Life Insurance Company and The Dress Barn Long Term Disability Plan in the above-referenced matter. We are writing to respectfully request leave to orally argue the plaintiff Charles L. DeCesare's Motion to Compel Discovery in Court at a date and time to be determined by Your Honor. (*See* Doc. Nos. 20-25). Defendants believe that oral argument will assist Your Honor in clarifying the legal issues raised in plaintiff's Motion to Compel Discovery, and subsequently deciding the plaintiff's motion.

Thank you for your consideration of this matter.

Respectfully submitted,

*[signature]*

Michael H. Bernstein
Sedgwick LLP

Cc: *Counsel for the Plaintiff (Via Regular Mail)*

*[Handwritten annotation:]* The Court will schedule oral argument in the future.

So ordered —

*[signature] KMK*
9/13/13

NY/1273339v1