UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**Charles L. Decesare,**

                       Plaintiff,         12-CV-07162 (KMK)

-v-

                                          CALENDAR NOTICE

**The Aetna Life Insurance Company
and The Dress Barn Long Term
Disability Plan,**

                      Defendants.
-------------------------------------------------------X

Please take notice that the above captioned action has been scheduled for oral argument on all pending motions before the Honorable Kenneth M. Karas, United States District Judge, on Wednesday, May 21, 2014 at 10:00 a.m. in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Any scheduling difficulties must be brought to the attention of the Court in writing, at least five business days beforehand.

Dated: April 22, 2014
       White Plains, New York

                                                So Ordered

                                                Kenneth M. Karas, U.S.D.J