LAW OFFICE OF BARBARA A. MATARAZZO
1025 Westchester Avenue - Suite 402
White Plains, New York 10604
Telephone: (914) 846-8088
Facsimile: (914) 681-0013
bamatarazzo@gmail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Barbara A. Matarazzo*
bamatarazzo@gmail.com

*Also admitted in New Jersey

## MEMO ENDORSED

May 19, 2014

VIA FACSIMILE: 914-390-4152

Honorable Kenneth M. Karas
United States District Judge
Federal Building
300 Quarropas Street
White Plains, NY 10601
Attn: Kevin

Re:   Charles DeCesare v. Aetna Life Ins. Co.
      Docket: 7:12-cv-07162 (KMK) (LMS)
      Our File#: 120.01

Dear Judge Karas:

Our office represents, plaintiff, Charles DeCesare in the above referenced matter.

Pursuant to our telephone call from Chambers and the directive thereof, we are advised that we must upload our exhibits to the Southern District ECF website. Though we sent hard copies to Chambers, due to the volume of the exhibits, we were unable to upload them. The exhibits are to the Declaration of Barbara A. Matarazzo, Esq., efiled September 6, 2013, and exhibits referenced in Plaintiff's Memorandum of Law in Support of Motion to Compel Discovery also e-filed September 6, 2013.

We would respectfully request permission to re-efile the Declaration of Barbara A. Matarazzo, Esq. and the accompanying exhibits.

Thank you for your consideration in this matter.

So Ordered.

/s/ MK
5/20/14

Respectfully submitted,
LAW OFFICE OF BARBARA A. MATARAZZO

By: _____
    Barbara A. Matarazzo, Esq.