USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES DECESARE,

                Plaintiff,

-v-

THE AETNA LIFE INSURANCE CO., et al.,

                Defendants.

Case No. 12–CV–7162 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

On May 21, 2014, the Court held oral argument on Plaintiff's Motion to Compel Discovery. For the reasons discussed on the record, Plaintiff's Motion is denied. The Clerk of Courts is respectfully requested to terminate the pending Motion. (*See* Dkt. No. 20.)

SO ORDERED.

Dated:     May 21, 2013
            White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE