ATTORNEYS AT LAW

225 LIBERTY STREET, 28TH FLOOR    NEW YORK, NEW YORK 10281-1008

www.sedgwicklaw.com    212.422.0202 *phone*    212.422.0925 *fax*

# Sedgwick LLP

(212) 898-4044
*michael.bernstein@sedgwicklaw.com*

May 30, 2014

*Via Regular Mail*
Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

Re: *Charles L. DeCesare v. The Aetna Life Insurance Company, et al.*
    Index No.:12-cv-7162 (KMK)
    Sedgwick File No.: 00322-008157

Dear Judge Karas:

This office represents the defendant Aetna Life Insurance Company ("Aetna") in the above-referenced matter. In accord Your Honor's Order dated May 21, 2014, we write with the consent of plaintiff Charles L. Decesare ("Decesare") to jointly request that the Court memo endorse the following briefing schedule for the parties' respective motions for summary judgment:

- **July 11, 2014** - Last day for plaintiff/defendant to serve and file motions for summary judgment;
- **August 11, 2014** – Last day for plaintiff/defendant to serve and file opposition to motions for summary judgment; and
- **August 25, 2014** – Last day for plaintiff/defendant to serve and file reply to opposition.

Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Bernstein
Sedgwick LLP

Cc: *Counsel for the Plaintiff (Via Regular Mail)*

So Ordered
[signature]
6/2/14

19030969v1