UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CHARLES L. DECESARE,                                                    Civ. Act. No.: 12 Civ. 7162 (KMK)

                         Plaintiff,                    **NOTICE OF MOTION FOR**
                                                                          **SUMMARY JUDGMENT**

      -against-

                                                                    DOCUMENT
THE AETNA LIFE INSURANCE COMPANY,       ELECTRONICALLY FILED
AND THE DRESS BARN LONG TERM
DISABILITY PLAN,
                             Defendants.
----------------------------------------------------------X

     **PLEASE TAKE NOTICE** that, upon the Declaration of Julia Bell dated July 11, 2014, and the exhibits annexed thereto, the Declaration of Michael H. Bernstein, Esq. dated July 11, 2014, and the Declaration of Timothy Mitton dated July 11, 2014, the Defendants' Rule 56.1 Statement of Material Facts, and Memorandum of Law in support, all simultaneously submitted herewith, defendants, Aetna Life Insurance Company ("Aetna") and The Dress Barn Long Term Disability Plan (the "Plan"), by their attorneys, Sedgwick LLP, will move this Court, on a date and at a time set by the Court, before the Hon. Kenneth M. Karas, U.S.D.J., at the United States District Courthouse for the Southern District Of New York, 300 Quarropas Street, Courtroom 521, White Plains, NY 10601-4150, for an Order pursuant to Rule 56, FED. R. CIV. PROC., granting summary judgment dismissing plaintiff Charles L. DeCesare's Amended Complaint with prejudice on the grounds that Aetna's decision to deny the his claims for continuing long term disability benefits and life insurance premium waiver benefits under the Employee Retirement and Income Security Act of 1974 ("ERISA") §502(a)(1)(B); 29 U.S.C. §1132(a)(1)(B), was not arbitrary and capricious, and for such other and further relief as this Court deems just and proper.

     **PLEASE TAKE FURTHER NOTICE** that, oral argument will be on a date and at a time designated by the Court.

Dated: New York, New York
         July 11, 2014

        Respectfully Submitted,

        s/_____

        Michael H. Bernstein
        Matthew P. Mazzola
        SEDGWICK LLP
        225 Liberty Street, 28th Floor
        New York, NY 10281-1008
        Tel. (212) 422-0202
        Fax (212) 422-0925
        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached **NOTICE OF MOTION FOR SUMMARY JUDGMENT** was served via regular mail and ECF July 11, 2014 upon:

BARBARA A. MATARAZZO, ESQ.
LAW OFFICE OF BARBARA A. MATARAZZO
1025 Westchester Avenue
White Plains, New York 10604
*Attorneys for Plaintiff*

s/_____
MATTHEW P. MAZZOLA

19110811v1