UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHARLES L. DECESARE,

                Plaintiff,                12 **CIVIL** 7162 (KMK)

         -against-                     **JUDGMENT**

THE AETNA LIFE INSURANCE COMPANY,
et al.,

                Defendants.
-----------------------------------------------------------X

      Whereas Defendants having moved for Summary Judgment on July 11, 2014, (Doc. #35) and the matter having come before the Honorable Kenneth M. Karas, United States District Judge, and the Court thereafter, on March 26, 2015, having handed down its Opinion and Order (Doc. #45) granting Defendants' Motion for Summary Judgment, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order, dated March 26, 2015, Defendants' Motion for summary judgment is granted and Judgment is found in favor of Defendants; accordingly, the case is closed.

**Dated:** White Plains, New York
         March 27, 2015

                                                        CLERK

                                                 **RUBY J. KRAJICK**
                                                 **Clerk of Court**